**Weldon Webster, Receiver, Plaintiff in Error, v. Ida A. Olsen et al., Defendants in Error.**

**Gen. No. 21,741.   (Not to be reported in full.)**

Error to the Circuit Court of Cook county; the Hon. KICKHAM SCANLAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Writ dismissed. Opinion filed November 14, 1916.

## Statement of the Case.

Bill in chancery by Weldon Webster, receiver, complainant, against Ida A. Olsen *et al.*, defendants, in the Circuit Court of Cook county. To reverse an order dismissing the bill as to certain defendants, complainant prosecutes this writ of error.

WELDON WEBSTER, for plaintiff in error.

E. C. MAPLEDORAM, for defendants in error.

MR. JUSTICE McGOORTY delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR—*when review of final decree not authorized on assignments of error.* Where the Appellate Court dismisses an appeal from an order in a chancery cause on the ground that it was premature, the order appealed from not being final, the assignments of error filed on such dismissed appeal, when refiled on appeal from a final decree in the same cause, cannot be treated as bringing the final decree before the Appellate Court for review, since such assignments relate to proceedings anterior to such final decree.

2. APPEAL AND ERROR, § 1108*—*when writ of error not bringing all defendants before court dismissed.* On appeal by a complainant from a final decree dismissing the bill as to several defendants, and entering a decree against only one defendant, a writ of error

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

not bringing all the defendants before the Appellate Court must be dismissed, since the writ must agree with ·the record, and in order to bring the decree up for review, all living defendants in the original suit must join, so that the whole case may be disposed of and that the record may agree with the record below.

## James M. Fair, Defendant in Error, v. City of Chicago, Plaintiff in Error.

### Gen. No. 21,772.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH S. LA BUY, Judge, presiding.   Heard in the Branch Appellate Court at the October term, 1915.   Reversed and remanded.   Opinion filed November 14, 1916.

### Statement of the Case.

Action by James M. Fair, plaintiff, against the City of Chicago, defendant, in the Municipal Court of Chicago, to recover for wages.   To reverse a judgment for plaintiff for $124.25, defendant prosecutes this writ of error.

SAMUEL A. ETTELSON, for plaintiff in error; ROY S. GASKILL and JOHN A. COOKE, of counsel.

A. D. GASH, for defendant in error.

MR. JUSTICE McGOORTY delivered the opinion of the court.

### Abstract of the Decision.

1. CIVIL SERVICE, § 6a*—*when motion to find issues for defendant erroneously denied.*   In an action by a city employee to recover wages during a period when he claims he was illegally laid off,

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.